JS

APPENDIX G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDGAR SCHATZ and KAU KAN, h/w  :  NO.
:
v.                               :  CIVIL ACTION  16  1824
:
GREYHOUND LINES, INC.            :

FILED
APR 18 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

## DISCLOSURE STATEMENT FORM

Please check one box:

[ ]   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[X]   The nongovernmental corporate party, Greyhound Lines, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: It is a wholly owned subsidiary of Laidlaw Transportation Holdings, Inc.; Laidlaw Transporation, Inc. is a wholly owned subsidiary of FirstGroup International, Inc.; FirstGroup International, Inc. is an indirect, wholly owned subsidiary of FirstGroup America, Inc.; and FirstGroup America, Inc. is an indirect, wholly owned subsidiary of FirstGroup PLC; FirstGroup PLC is based in the United Kingdom and is traded on the London stock exchange

4-15-16
Date

_____
Signature

Counsel for:   Defendant, Greyhound Lines, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
   (1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
   (2)  promptly file a supplemental statement upon any change in the information that the statement requires.